# United States District Court

DISTRICT OF _____

USA
v.
Petit

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 08CR 374(2)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ericksen | T. Hollenhorst | J. Kushner |
| **TRIAL DATE(S)** Sentencing Hearing 3-29-12 | **COURT REPORTER** L. Simpson | **COURTROOM DEPUTY** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | Gov't | 1 | | Disc — Conversation Antonicelli & Petit |
| | | | 2 | | Transcript of Exh. 1 |
| | | | 3 | | 4-8-08 letter to Friedberg from Wilton |
| | | Deft. | B ● | | Expert Report of Dr. Gratzer |
| | | | A ● | | Curriculum Vitae Dr. Thomas G. Gratzer |

RECEIVED
APR - 3 2012
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
APR - 4 2012
U.S. DISTRICT COURT MPLS

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.